59 So.3d 131 (2011)
Miankanze BAMBA, Petitioner,
v.
STATE of Florida, Respondent.
No. 1D10-5082.
District Court of Appeal of Florida, First District.
January 10, 2011.
Rehearing Denied April 7, 2011.
Yaw Akuoko of Statewide Lawyers, LLC, Tallahassee, for Petitioner.
Pamela Jo Bondi, Attorney General, and Therese A. Savona, Assistant Attorney General, Tallahassee, for Respondent.
PER CURIAM.
DENIED. Pearson v. State, 867 So.2d 517 (Fla. 1st DCA 2004).
WOLF, KAHN, and ROWE, JJ., concur.